

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Linh Tran Stephens, *sui juris, natural living breathing woman with a living soul and the Holy spirit*,
      *Plaintiff,*

v.

State of Oklahoma, et al.,
      *Defendants.*

Case No. **26-5040**
U.S. OKND:
25-cv-00286-CVE-MTS

---

## MOTION TO OBTAIN ELECTRONIC CASE FILING RIGHTS FOR NON-ATTORNEYS (ECF efiling via PACER)

---

As a party in the above-captioned matter, i, Linh Tran Stephens, *Sui Juris*, a living breathing natural woman with a living soul, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case as the rights previously granted to pro-se litigants who are non-attorneys as long as we agree to bind to stated terms/rules. i hereby affirm that:

1.  i have been successfully participating in electronic filing since 2023 in multiple courts including the United States District Court for the Northern District of Oklahoma (Case Nos., 23-CV-553-GKF-SH, 24-CV-216-JDR-CDL, and 24-CV-259-GKF-MTS, 25-cv-00285-GKF-MTS, etc.), demonstrating my capability to navigate electronic filing systems effectively and in compliance with court rules.

2.  i have reviewed the requirements for Non-attorney E-filing Terms and Conditions [see Attached] and agree to abide by them.

3.  i understand that once i register for e-filling, i will receive notices and documents only by e-mail in this case and not by regular mail.

4. i have access to the technical requirements necessary to e-file successfully:

   a. A computer with internet access;

   b. An email account that can receive notifications from the Court and notices from the e-filing system on a daily basis;

   c. A scanner to convert documents that are only in paper format into electronic files;

   d. A printer or copier to create required paper copies such as copies for chambers;

   e. A word processing program to create documents;

   f. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and

   g. A PACER account.

5. i understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual Issued by the Clerk.

6. i understand that permission to file electronically may be revoked at any time.

*WITHOUT RECOURSE,*

*without prejudice*
*linh—tran: stephens/Agent*

By one–and–only beneficiary: _____
All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103*,
**Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©™ ens legis and all its derivatives thereof including
Cestui Que Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator,
my heir/offspring is G.L.Stephens,
A natural living woman breathing with a living soul and the Holy Spirit,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless "freeman of the Union"** per Honorable Mr. Justice MILLER on April 14th,
1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in
8 FAM 102.3),

full capacity and competency with postgraduate level of education, living on the land of the republic, with God-given rights pursuant to Bills of Rights, NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts; Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States;

**Rural Free Delivery, Non-Domestic 00000,**
in care of 235 Tom Stewart Rd
Newberry, South Carolina zip exempt
00000 [but near 29108]
Email: LinhStephens7@gmail.com
*Phone:* 817-631-3223

### Non-Attorney E-filing Terms and Conditions [copied from PACER]

"

- I agree that a filing or submission made with my judiciary e-filing login and password constitutes my signature for all purposes, including the Federal Rules of Procedure and the local rules of the court(s) where I am filing, and shall have the same force and effect as if I had affixed my signature on a paper document being filed or submitted.
- I agree to adhere to the local rules, orders, policies, and procedures governing electronic filing for the court(s) where I have filing privileges. I understand that a non-attorney's filing privileges may be limited to specified transactions, depending on the court.
- I must pay any fees incurred for transactions made in CM/ECF in accordance with applicable statutes and fee schedules.
- I agree to protect the security of my password.
- I will change my password through my judiciary e-filing account if I suspect it has been compromised and immediately notify the affected court(s). I am aware that I may be sanctioned for failure to comply with this provision.
- I agree to maintain my contact information, including email address, mailing address, telephone number(s), and facsimile number. All changes will be made through my judiciary e-filing account.
- I agree to comply with the Federal Rules of Procedure regarding privacy and redaction and will redact the following personal data identifiers from all documents filed with the court(s) whether filed electronically or in paper, unless otherwise ordered by the court(s): social security numbers and taxpayer identification numbers (the last four digits may be used); birth dates (year of birth may be used); minors' names (initials may be used); and financial account numbers (the last four digits may

be used, except redaction does not apply to financial account numbers identifying property allegedly subject to forfeiture in a forfeiture proceeding). Filers, and not the court, are solely responsible for redacting pleadings. See Fed. R. App. P. 25(a)(5); Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; and Fed. R. Bankr. P. 9037.

- If a court's local policy allows non-attorney filers to be served/noticed electronically through the CM/ECF system, then I expressly consent to receive service and notice of documents by electronic means from the court and other filers in all cases, pursuant to Federal Rule of Appellate Procedure 25(c), Federal Rule of Civil Procedure 5(b), and Federal Rule of Bankruptcy Procedure 7005 and 9036, and I waive the provisions of Federal Rule of Civil Procedure 77(d), Federal Rule of Criminal Procedure 49(c), and Federal Rule of Bankruptcy Procedure 9022, providing for service of notice of the entry of an order or judgment by mail. I understand that, when I receive an electronic copy of a document in the system, the initial access to the document is free of charge ("one-free-look"). The one-free-look period is for 15 days from the date of notification. After that, I understand that remote electronic access to a document is subject to the Public Access to Court Electronic Records (PACER) billing policy and that I will incur PACER billing charges unless an exception applies. Access to a docket sheet or any report is subject to PACER billing charges unless an exception applies. I understand that I can view electronic documents and docket sheets in person at the clerk's office of the court(s) at no charge on the public access terminals.
- I am aware that electronic notification generated by CM/ECF constitutes service/notice of the filed document(s) on registered CM/ECF users, but there are exceptions to electronic service where conventional service may be required by the Federal Rules, local rules, orders, policies or procedures. See, e.g., Fed. R. Civ. P. 4, 45; Fed. R. Bankr. P. 1010, 7004, 9014, 9016. Intended recipients who are not registered through CM/ECF must be served conventionally outside the CM/ECF system with a copy of any document filed electronically.
- I understand that using my non-attorney filing privileges to monitor general activity in any case in which I have not filed a document is beyond the scope of my non-attorney filing privileges. The non-attorney filer account is intended to perform transactions, as specified by the court(s).
- In some courts, authorized, non-attorney representatives are entitled to file certain documents on behalf of their employer(s)/principal(s) through their non-attorney filer accounts. If I cease to be an employee or agent of an entity on whose behalf documents are being electronically filed, or for any other reason cease to be authorized to file electronically on behalf of said entity, I will promptly contact the court(s) and request to terminate my filing privileges.

- By contacting the court(s), I may request to terminate my status as a non-attorney filer at any time.
- I understand that, if I am a provider of a post-petition instructional course concerning personal financial management, and I am filing a certificate of the debtor's completion of the course, the certificate must be timely filed in accordance with Fed. R. Bankr. P. 1007(c). I understand that my limited filer privileges may be revoked if I do not file a certificate of a debtor's completion of the course in a timely manner, as failure to do so could result in the closing of the debtor's case without a discharge. I understand that, if my filing privileges are revoked by the court, the court will notify the Executive Office for U.S. Trustees or Bankruptcy Administrator of the revocation.
- I understand that court(s) may revoke my electronic filing privileges and, therefore, my ability to electronically file documents.
- If the terms and conditions change, information regarding the changes will be posted at: Non-Attorney E-Filing Terms and Conditions. I understand that it is my responsibility as the account holder to read any posted changes. Continued use of my judiciary e-filing account following any posted changes means that I accept and agree to the changes.
- I certify under penalty of perjury that the information I am submitting to register for electronic filing is true and correct.

,,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2026, a true, correct, and exact copy of the above and foregoing instrument was mailed to:

U.S. Court of Appeals for the Tenth Circuit
Office of the Clerk Byron White
1823 Stout Street, Denver, Colorado 80257

without prejudice
linh-tran: stephens/Agent

*WITHOUT RECOURSE,*